**224**

Scotty Roach, pro se. John Warren Stone, Jr., Assistant United States Attorney, Greensboro, NC, for appellee.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Scotty Roach appeals the district court's order declining to grant relief from Roach's court-imposed restitution and denying Roach's motion under Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Roach,* Nos. CR–93–122; CR–93–205 (M.D.N.C. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Rodney A. Parham, pro se.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Rodney A. Parham appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Parham v. Young,* No. CA–00–764 (E.D. Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Rodney A. PARHAM, Petitioner–Appellant,**

v.

**S.K. YOUNG, Warden, Respondent–Appellee.**

No. 00–6946.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 12, 2001.

**Sylvia L. STREET, Plaintiff–Appellant,**

v.

**C. WALSH, Counselor; H. Diggs, Security Major; W. Hobbs, Warden, Defendants–Appellees.**

No. 00–6950.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 12, 2001.